HELEN BEZZERIANOS, Appellant, v. ANDREW BEZZERIANOS, Respondent.— Judgment reversed on the facts and a new trial granted, without costs of this appeal to either party. Memorandum: It is not clear from the evidence when the alleged fraud was first discovered or whether the parties voluntarily cohabited thereafter. We think in the interest of justice a new trial should be had. All concur. (Appeal from a judgment dismissing the complaint in an action to annul a marriage.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.